UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELMO SPRUEL** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 11-818** |
| **TRANSOCEAN HOLDINGS, LLC, ET AL.** | * | **SECTION "L"(5)** |

### ORDER OF DISMISSAL

The Court having been advised that all of the parties to Civil Action No. 11-818, entitled *Elmo Spruel v. Transocean Holdings, LLC, et al.*, have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 29th day of May, 2012.

_____

UNITED STATES DISTRICT JUDGE